

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRAN KOSKY ROTH IRA, on Behalf of Nominal Defendant, VEREIT, INC., formerly known as AMERICAN REALTY CAPITAL PROPERTIES, INC.,

                Plaintiff,

v.

GLENN J. RUFRANO, BRUCE FRANK, HUGH R. FRATER, MARK S. ORDAN, JULIE G. RICHARDSON, NICHOLAS S. SCHORSCH, DAVID KAY, BRIAN BLOCK, LISA BEESON and GRANT THORNTON, LLP,

                Defendants,

--and--

VEREIT, INC., formerly known as AMERICAN REALTY CAPITAL PROPERTIES, INC.,

                Nominal Defendant.

Civil Action No.1:15-cv-09318-AKH

---

### STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is dismissed without prejudice against defendants Glenn J. Rufrano, Bruce Frank, Hugh R. Frater, Mark S. Ordan, Julie G. Richardson, Nicholas S. Schorsch, David Kay, Brian Block, Lisa Beeson, Grant Thornton, LLP and nominal defendant VEREIT, Inc., formerly known as American Realty Capital Properties, Inc.

1

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 23.1(c).

Date: December 22, 2015

THEGRANTLAWFIRM, PLLC

By: /s/ Lynda J. Grant
    Lynda J. Grant

521 Fifth Avenue, 17th Floor
New York, New York 10175
Telephone: (212) 292-4441
Facsimile: (212) 292-4442

Mark Levine
STULL, STULL & BRODY
6 East 45th Street, 5th Floor
New York, New York 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

*Attorneys for Plaintiff Fran Kosky Roth IRA*


WEIL, GOTSHAL & MANGES LLP

By: s/ Stephen A. Radin
    Stephen A. Radin
    Richard W. Slack
    Evert J. Christensen, Jr.

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Glenn J. Rufrano, Bruce Frank, Hugh R. Frater, Mark S. Ordan, Julie G. Richardson*


MILBANK, TWEED, HADLEY & MCCLOY, LLP

By: s/ Scott A. Edelman
    Scott A. Edelman
    Jed M. Schwartz

1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 506-5219

*Attorneys for Nominal Defendant VEREIT, Inc. formerly known as American Realty Capital Properties, Inc.*


SIDLEY AUSTIN LLP

By: s/ Gary Bendinger
    Gary Bendinger

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendant Grant Thornton, LLP*

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | KIRKLAND & ELLIS LLP |
|---|---|
| By:   s/ Daniel J. Kramer<br>      Daniel J. Kramer<br>      Audra J. Soloway | By:   s/ James P. Gillespie<br>      James P. Gillespie<br>      Jason Parish |
| 1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 | 655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |
| *Attorneys for Defendant Nicholas S. Schorsch* | *Attorneys for Defendant David Kay* |
| PETRILLO KLEIN & BOXER LLP | STEPTOE & JOHNSON LLP |
| By:   s/ Guy Petrillo<br>      Guy Petrillo<br>      Alexandra R. Clark | By:   s/ Michael C. Miller<br>      Michael C. Miller<br>      Michael G. Scavelli |
| 655 Third Avenue, 22nd Floor<br>New York, New York 10017<br>Telephone: (212) 370-0330<br>Facsimile: (212) 370-0391 | 1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 506-3900<br>Facsimile: (212) 506-3950 |
| *Attorneys for Defendant Lisa Beeson* | *Attorneys for Defendant Brian S. Block* |

SO ORDERED this **28** day of **December**, 2015.

ALVIN K. HELLERSTEIN
United States District Judge

3